UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETR N. OSTROUMOV<br>A 046 793 008<br><br>        Plaintiff,<br>v.<br><br>Ruth A. Dorochoff, District<br>Director of the USCIS,<br>Department of Homeland<br>Security; Michael Chertoff,<br>Secretary, Department of<br>Homeland Security;<br>Michael B. Mukasey,<br>Attorney General,<br>U.S. Department of Justice<br><br>&<br><br>Robert S. Mueller,<br>Director, Federal Bureau of<br>Investigation<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.  |

**FILED**
**FEBRUARY 13, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH

**08 C 914**

**JUDGE CASTILLO
MAGISTRATE JUDGE VALDEZ**

## COMPLAINT FOR HEARING ON NATURALIZATION APPLICATION

### UNDER 8 USC SEC. 1447(B)

Plaintiff, by his undersigned attorney, complaining of Defendants, allege as follows:

1. Plaintiff is an individual and permanent resident of the United States who resides within the jurisdiction of this court. Plaintiff's claim to naturalization arises under 8 U.S.C. Sec. 1447(b).

2. Plaintiff is a resident of Woodridge, Illinois.

3. Plaintiff was granted his permanent residency on May 29, 1999. *See* Exhibit 1.

4. Any named defendant is sued in his official capacity only.

5. Ruth A. Dorochoff, the Defendant herein, is the District Director of the United States Citizenship and Immigration Services (USCIS) and is sued herein in her official capacity. Defendant is responsible for the grant or denial of naturalization applications filed within the Chicago USCIS

6. District Office. The Federal Bureau of Investigation ("FBI") is named as a party to this action because they conduct a name/security check for the DHS as part of the application process.

6. The Court has jurisdiction in this action pursuant to 8 U.S.C. Sec. 1447(b), 28 U.S.C. Sec. 2201 as well as 28 U.S.C. §1331 & §1361.

7. On March 8, 2004 Plaintiff submitted an application for naturalization to USCIS. *See* Exhibit 2. On July 28, 2004, the Defendant and/or his designated agent interviewed Plaintiff on his application. During the time of the interview the Plaintiff received Form N-652, "Naturalization Interview Results", indicating that he had passed the tests for English and U.S. history. *See* Exhibit 3.

8. Plaintiff maintains that he meets all statutory requirements for eligibility for naturalization.

9. Plaintiff has made numerous attempts to have his case adjudicated through liaison with the Department of Homeland Security. Responses received indicated that his case was being held pending background investigation.

10. In August 2007, Plaintiff contacted the office of United States Senator Barack Obama with a request to make a congressional liaison inquiry to USCIS with regards to the Plaintiff's background investigation. *See* Exhibit 4. The Senator's office submitted such inquiry on August 24, 2007. *See* Exhibit 5. Up to date, no response has been received from USCIS.

11. On January 15, 2008 Plaintiff made an INFOPASS appointment with the USCIS with regards to the status of his naturalization application. At the appointment, Plaintiff was informed that a decision cannot be made on his application due to the pending background check. *See* Exhibit 5.

12. The application for naturalization has been pending for 42 months since the time of examination. It is imperative that Plaintiff's application be adjudicated as soon as possible, because the delay by the DHS and FBI is unreasonable, and the Plaintiff is precluded from enjoying the rights and responsibilities of being a Citizen of the United States due to agency inaction.

13. Plaintiff has no other adequate remedy for the agency failure to complete and adjudicate the application for citizenship.

14. More than 120 days have passed since the Plaintiff's interview and "examination" in his naturalization application and the Defendant has failed to make a determination under 8 U.S.C. Sec.

1446 of the Plaintiff's naturalization application. The Defendant's failure to make a determination on Plaintiff's application for naturalization within the 120-day statutory period from the date of examination allows Plaintiff to bring the matter to this Court for a hearing pursuant to 8 U.S.C. Sec. 1447(b).

15. Plaintiff desires a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a Citizen of the United States.

WHEREFORE, the Plaintiff prays that:

1. The Court will hear Plaintiff's case and render a judgment and determine the matter of naturalization, or in the alternative remand the matter with appropriate instructions to the USCIS to determine the matter.

2. The Court grant such further relief, including attorney fees and costs of this action, as may be just, lawful, and equitable in the premises.

Respectfully submitted,

MARK S. DAVIDSON
Attorney for Plaintiff

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000



## PERMANENT RESIDENT CARD

NAME OSTROUMOV, PETR N

INS A# 046-793-008

Birthdate  Category  Sex
06/17/52   DV2       M

Country of Birth
Russia

CARD EXPIRES 07/23/09

Resident Since 05/29/99

```
C1USA0467930082SRC9921851370<<
5206173M0907235RUS<<<<<<<<<<9
OSTROUMOV<<PETR<NIKOLAYEVICH<<
```

EXHIBIT 1

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>March 15, 2004 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 046 793 008 |
| APPLICATION NUMBER<br>LIN*000639308 | RECEIVED DATE<br>March 08, 2004 | PRIORITY DATE<br>March 08, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
PETR NIKOLAYEVICH OSTROUMOV
8240 MOURNING DOVE COURT
WOODRIDGE IL  60517

PAYMENT INFORMATION:

Single Application Fee:      $310.00
Total Amount Received:     $310.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              June 17, 1952
Address Where You Live:    8240 MOURNING DOVE COURT
                           WOODRIDGE IL 60517

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

---

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

LIN$000596029                    EXHIBIT 2    

Form I-797C (Rev. 09/07/93) N

U.S. Department of Justice
Immigration & Naturalization Service

# Naturalization Interview Results

A#: 46 793 008

On __7/25/04__, you were interviewed by INS Officer __MS__

- [x] You passed the tests of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and or a knowledge of U.S. history and government.

- [ ] You will be given another opportunity to be tested on your ability to ____ speak ____ read ____ write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- [ ] Please follow the instructions on the Form N-14.
- [ ] INS will send you a written decision about your application.

- [ ] You did not pass the second and final test of your ____ English ability ____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for your Oath Ceremony.

B) ___✓___ A decision cannot yet be made about your application.

It is very important that you:
√ Notify INS if you change your address.
√ Come to any scheduled interview.
√ Submit all requested documents.
√ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
√ Go to any oath ceremony that you are scheduled to attend.
√ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

Form N-652 (12/7/99)Y


EXHIBIT 3

BARACK OBAMA
ILLINOIS

COMMITTEES:
HEALTH, EDUCATION, LABOR AND PENSIONS
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS
FOREIGN RELATIONS
VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

August 1, 2007

Mr. Petr Ostroumov
8240 Mourning Dove CT
Woodridge, Illinois 60517

Dear Mr. Ostroumov:

Thank you for your recent letter soliciting the help of Senator Obama on your pending immigration issue. Before our office can begin an inquiry with a federal agency on your behalf, we are required to obtain a Privacy Act Release form from you. I have included a copy of the form with this letter. At your earliest convenience, please complete this form and mail it back to me: Jenna Pilat, Office of U.S. Senator Barack Obama, 230 S. Dearborn Street, Suite 3900, Chicago, IL 60604.

If you have additional information or concerns relative to this matter, please feel free to contact me at 312-886-3506.

Sincerely,

*Jenna Pilat*

Jenna Pilat
Constituent Services Agent

U.S. Senator Barack Obama
230 S. Dearborn, Suite 3900
Chicago, IL 60604

EXHIBIT 4

**WASHINGTON OFFICE**
713 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
OFFICE (202) 224-2854
FAX (202) 228-4260

**CHICAGO OFFICE**
230 S. DEARBORN
SUITE 3900
CHICAGO, IL 60604
OFFICE (312) 886-3506
FAX (312) 886-3514

**SPRINGFIELD OFFICE**
607 EAST ADAMS
SUITE 1520
SPRINGFIELD, IL 62701
OFFICE (217) 492-5089
FAX (217) 492-5099

**MARION OFFICE**
701 NORTH COURT STREET
MARION, IL 62959
OFFICE (618) 997-2402
FAX (618) 997-2850

**MOLINE OFFICE**
1911 52ND AVENUE
MOLINE, IL 61265
OFFICE (309) 736-1217
FAX (309) 736-1233

BARACK OBAMA
ILLINOIS

COMMITTEES:
HEALTH, EDUCATION, LABOR AND PENSIONS
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS
FOREIGN RELATIONS
VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

August 24, 2007

Mr. and Dr. Petr Ostroumov
8240 Mourning Dove CT
Woodridge, Illinois 60517

Dear Mr. Ostroumov:

Thank you for your correspondence requesting the help of my Senate office. My staff has submitted an inquiry to the Chicago District Office of the United States Citizenship and Immigration Services (USCIS) on your behalf. Please be aware that USCIS usually takes between thirty (30) and sixty (60) days to respond.

If you have additional information or concerns on your case, please contact Jenna Pilat, a Constituent Service Agent in my Chicago office at 312-886-3506.

Sincerely,

Barack Obama
United States Senator

EXHIBIT 5

WASHINGTON OFFICE
713 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
OFFICE (202) 224-2854
FAX (202) 228-4260

CHICAGO OFFICE
230 S. DEARBORN
SUITE 3900
CHICAGO, IL 60604
OFFICE (312) 886-3506
FAX (312) 886-3514

SPRINGFIELD OFFICE
607 EAST ADAMS
SUITE 1520
SPRINGFIELD, IL 62701
OFFICE (217) 492-5089
FAX (217) 492-5099

MARION OFFICE
701 NORTH COURT STREET
MARION, IL 62959
OFFICE (618) 997-2402
FAX (618) 997-2850

MOLINE OFFICE
1911 52ND AVENUE
MOLINE, IL 61265
OFFICE (309) 736-1217
FAX (309) 736-1233



        Name: **Petr Nikolayevich Ostroumov**

Appointment Type: **Question about case**

Confirmation No.: **CHI-08-1120**        Authentication Code: **f71c**

Appointment Date: **January 15, 2008**

Appointment Time: **2:00 PM**

Location: **101 W. CONGRESS PARKWAY, Chicago, IL 60605; LOBBY**



This is your Confirmation Number:

### If you wish to cancel this appointment, you will need the following Personal Identification Number:
62666

'lease be on time. Failure to show up on time will result in the cancellation of your appointment. You will then eed to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled ppointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.

EXHIBIT 6

Office of Communications
U.S. Department of Homeland Security



U.S. Citizenship
and Immigration
Services

February 20, 2007

# USCIS Update

## USCIS CLARIFIES CRITERIA TO EXPEDITE FBI NAME CHECK
*Federal Litigation Removed as Sole Basis to Expedite Check*

WASHINGTON – U.S. Citizenship and Immigration Services (USCIS) is no longer routinely requesting the FBI to expedite a name check when the only reason for the request is that a mandamus (or other federal court petition) is filed in the case.

USCIS may continue to request an expedited FBI name check if the case meets one of the other approved criteria, including:

1. Military deployment,
2. Age-out cases not covered under the *Child Status Protection Act*, and applications affected by sunset provisions such as diversity visas,
3. Significant and compelling reasons, such as critical medical conditions, and
4. Loss of social security benefits or other subsistence at the discretion of the USCIS District Director.

The FBI name check is an invaluable part of the security screening process, ensuring that our immigration system is not used as a vehicle to harm our nation or its citizens. USCIS also requests an FBI name check to screen out people who seek immigration benefits improperly or fraudulently and ensure that only eligible applicants receive benefits.

Information about the FBI name check is available on the USCIS website at http://www.uscis.gov or by calling the USCIS National Customer Service Center toll free at 1-800-375-5283.

–USCIS –

On March 1, 2003, U.S Citizenship and Immigration Services became one of three legacy INS components to join the U.S. Department of Homeland Security. USCIS is charged with fundamentally transforming and improving the delivery of immigration and citizenship services, while enhancing our nation's security.

www.uscis.gov