## United States District Court for the Northern District of Illinois

Case Number: 08cv914          Assigned/Issued By: j. n.

Judge Name: castillo          Designated Magistrate Judge: valdez

---

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
            ☐ IFP       ☐ No Fee    ☐ Other _____
            ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350 _____          Receipt #: 2536493 _____

Date Payment Rec'd: 2-13-08 _____   Fiscal Clerk: j. n. _____

---

**ISSUANCES**

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_5_ Original and _0_ copies on _2-13-08_ as to _all defendants_
                                    (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05