UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PETR N. OSTROUMOV            )
       Plaintiff,           )      No. 08 C 914
v.                           )      Judge Ruben Castillo
RUTH A. DOROCHOFF, *et al.*, )
                             )
       Defendants           )

### AFFIDAVIT OF SERVICE

I, Mark S. Davidson, hereby certify that on March 21, 2008 a true and correct copy of the Mandamus Complaint (No. 08C 914) and summonses were mailed via certified mail to the following parties:

- Ruth A. Dorochoff, District Director of the USCIS
  Department of Homeland Security
  101 W. Congress Pkwy
  Chicago, Illinois 60605

- Michael Chertoff, Secretary
  Department of Homeland Security
  c/o Office of General Counsel
  Washington, DC 20528

- Michael B. Mukasey, Attorney General
  U.S. Department of Justice
  Main Justice Building
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001

- Robert S. Mueller, Director,
  Federal Bureau of Investigation
  Office of the General Counsel
  FBI Headquarters, J. Edgar Hoover Building
  935 Pennsylvania Avenue, NW
  Washington, D.C. 20535-0001

- U.S. Attorney
  219 S Dearborn, 5th floor
  Chicago, Illinois 60604

                By: s/Mark S. Davidson
                MARK S. DAVIDSON
                Davidson & Schiller, LLC
                One North LaSalle Street, Suite 2400
                Chicago, Illinois 60602
                Telephone: (312) 499-9000

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Ruth A. Dorochoff,
    District Director of the USCIS
    Department of Homeland Security
    101 W. Congress Parkway
    Chicago, IL 60605

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
[signature]    3/24

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:      ☐ No

3. Service Type
    ☒ Certified Mail    ☐ Express Mail
    ☐ Registered        ☒ Return Receipt for Merchandise
    ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
    7006 0810 0004 0926 8102

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael B. Mukasey, Attorney General
    U.S. Department of Justice
    Main Justice Building
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 MAR 2 6 2008

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:      ☐ No

3. Service Type
    ☒ Certified Mail    ☐ Express Mail
    ☐ Registered        ☒ Return Receipt for Merchandise
    ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
    7006 0810 0004 0926 7525

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    U.S. Attorney
    219 S. Dearborn, 5th Floor
    Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] US ATTY    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Doyle                            3-27-08

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:      ☐ No

3. Service Type
    ☒ Certified Mail    ☐ Express Mail
    ☐ Registered        ☒ Return Receipt for Merchandise
    ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
    7006 0810 0004 0926 8133



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0004 0926 8119**
Status: **Delivered**

Your item was delivered at 4:17 AM on March 26, 2008 in WASHINGTON, DC 20535.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

7006 0810 0004 0926 8119

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Sent To: Robert S. Mueller, Director, Federal Bureau of Investigation Office of the General Counsel
Street, Apt. or PO Box: FBI Headquarters, J. Edgar Hoover Bldg. 935 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20535-0001

PS Form 3800, June 2002        See Reverse for Instructions



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0810 0004 0926 8096**
Status: **Delivered**

Your item was delivered at 7:40 AM on March 31, 2008 in WASHINGTON, DC 20528.

(Additional Details >)  (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

(Go >)

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  (Go >)

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Certified Mail Receipt 7006 0810 0004 0926 8096

Sent To: Michael Chertoff, Secretary
Department of Homeland Security
c/o Office of General Counsel
Washington, DC 20528