UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETR N. OSTROUMOV | ) | |
| Plaintiff, | ) | No. 08 C 914 |
| v. | ) | Judge Ruben Castillo |
| RUTH A. DOROCHOFF, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

### AFFIDAVIT OF SERVICE

I, Mark S. Davidson, hereby certify that on March 21, 2008 a true and correct copy of the Mandamus Complaint (No. 08C 914) and summonses were mailed via certified mail to the following parties:

- Ruth A. Dorochoff, District Director of the USCIS
  Department of Homeland Security
  101 W. Congress Pkwy
  Chicago, Illinois 60605

- Michael Chertoff, Secretary
  Department of Homeland Security
  c/o Office of General Counsel
  Washington, DC 20528

- Michael B. Mukasey, Attorney General
  U.S. Department of Justice
  Main Justice Building
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001

- Robert S. Mueller, Director,
  Federal Bureau of Investigation
  Office of the General Counsel
  FBI Headquarters, J. Edgar Hoover Building
  935 Pennsylvania Avenue, NW
  Washington, D.C. 20535-0001

- U.S. Attorney
  219 S Dearborn, 5th floor
  Chicago, Illinois 60604

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ruth A. Dorochoff,
District Director of the USCIS
Department of Homeland Security
101 W. Congress Parkway
Chicago, IL 60605

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: 3/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 0926 8102

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey, Attorney General
U.S. Department of Justice
Main Justice Building
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name)
C. Date of Delivery: MAR 2 6 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 0926 7525

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] US ATTY ☐ Agent ☐ Addressee

B. Received by (Printed Name): DOYLE
C. Date of Delivery: 3-27-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 0926 8133



Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0004 0926 8119**
Status: **Delivered**

Your item was delivered at 4:17 AM on March 26, 2008 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA





Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0004 0926 8096**
Status: **Delivered**

Your item was delivered at 7:40 AM on March 31, 2008 in WASHINGTON, DC 20528.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

