UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETR N. OSTROUMOV          )<br>A 046 793 008                      )<br>                                         )<br>           Plaintiff,           )<br>v.                                     )<br>                                         )<br>RUTH A. DOROCHOFF, District)<br>Director of the USCIS,       )<br>Department of Homeland   )<br>Security, *et al.*,                )<br>                                         )<br>           Defendants         ) | | No. 08 C 914<br>Judge Ruben Castillo |

## MOTION TO DISMISS

Plaintiff, by his undersigned attorney, moves for dismissal of his complaint since all issues have been resolved and Mr. Ostroumov was sworn in as a naturalized citizen on April 30, 2008.

WHEREFORE, the Plaintiff prays that this matter be dismissed.

                                                            Respectfully submitted,

                                                            MARK S. DAVIDSON
                                                            Attorney for Plaintiff

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

**CERTIFICATE OF SERVICE**

I, Mark S. Davidson, hereby certify that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the above attached Motion to Dismiss (No. 07 C 6341) was served on May 1, 2008 pursuant to the district court's ECF system to the following ECF filer:

Jack Donatelli

Assistant United States Attorney

219 South Dearborn Street

Chicago, Illinois, 60604

    By: s/Mark S. Davidson

    MARK S. DAVIDSON
    Davidson & Schiller, LLC
    One North LaSalle Street, Suite 2400
    Chicago, Illinois 60602
    Telephone: (312) 499-9000