UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETR N. OSTROUMOV </br> A 046 793 008 </br> </br> Plaintiff, </br> v. </br> </br> RUTH A. DOROCHOFF, District Director of the USCIS, Department of Homeland Security, *et al.*, </br> </br> Defendants | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | No. 08 C 914 </br> Judge Ruben Castillo |

## NOTICE OF ROUTINE MOTION

TO:

    US Attorney Office
    219 S. Dearborn St.
    Chicago, IL 60604

On May 13, 2008 at 9.45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Castillo in Courtroom 1203 at the United States District Court Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL and present Plaintiff's **Motion to Dismiss Complaint for Mandamus.**

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

## PROOF OF SERVICE

I, Mark S. Davidson, appearing on behalf of Plaintiff, certify that on May 1, 2008, I served a copy of this above captioned motion to dismiss to the following ECF filer pursuant to the district court's ECF system:

US Attorney Office
219 S. Dearborn St.
Chicago, IL 60604

                                                By: s/Mark S. Davidson
                                                Mark S. Davidson
                                                Davidson & Schiller, LLC
                                                One North LaSalle Street, Suite 2400
                                                Chicago, Illinois 60602
                                                Telephone: (312) 499-9000